IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Martin, Fabiana

Printed: 7/22/08

Case Number: 07 B 00824
Judge: Squires, John H
Filed: 1/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 11, 2008
Confirmed: March 7, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,000.00 |  |
| Secured: |  | 348.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 598.00 |
| Trustee Fee: |  | 54.00 |
| Other Funds: |  | 0.00 |
| Totals: | 1,000.00 | 1,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,288.50 | 598.00 |
| 2. | Nationwide Acceptance Corp | Secured | 1,589.00 | 348.00 |
| 3. | FCNB Master Trust | Unsecured | 85.65 | 0.00 |
| 4. | Universal Lenders Inc | Unsecured | 71.76 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 61.99 | 0.00 |
| 6. | Triad Financial Services | Unsecured | 1,765.09 | 0.00 |
| 7. | AmeriCash Loans, LLC | Unsecured | 127.41 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 16.40 | 0.00 |
| 9. | Loan Express Company | Unsecured | 40.50 | 0.00 |
| 10. | AmeriCash Loans, LLC | Unsecured | 127.41 | 0.00 |
| 11. | Nationwide Acceptance Corp | Unsecured | 0.02 | 0.00 |
| 12. | Fingerhut Credit Advantage | Unsecured | 36.73 | 0.00 |
| 13. | AmeriCash Loans, LLC | Unsecured | 36.44 | 0.00 |
| 14. | Nationwide Acceptance Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 6,246.90 | $ 946.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 54.00 |
|  | $ 54.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Martin, Fabiana | Case Number:  07 B 00824 |
| | Judge:  Squires, John H |
| Printed:  7/22/08 | Filed:  1/18/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

